**UNITED STATES DISTRICT COURT**
District of New Jersey

Chambers of
**THE HONORABLE JOEL A. PISANO**

Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
(609) 989-0502
(609) 989-0505 (fax)

October 30, 2006

John Terry Knapp, Esquire
Noel E. Schablik, PA
35 Waterview Boulevard
Parsippany, New Jersey 07054

Christopher Carey, Esquire
Graham, Curtin, & Sheridan, PA
Four Headquarters Plaza
PO Box 1991
Morristown, New Jersey 07962-1991

Aileen F. Droughton
Traub, Eglin, Liebermann & Straus, Esquires
100 Metroplex Drive, Suite 203
Edison, New Jersey 08817-2684

Williard C. Shih, Esquire
Wilentz, Goldman & Spitzer, PC
90 Woodbridge Center Drive
Woodbridge, New Jersey 07095

Thomas F. Quinn, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
33 Washington Street
Newark, New Jersey 07102

  Re: **Keltic Financial Partners, LP vs. Gerald Krovatin, et al.,**
     **Docket No. 05-4324 (JAP)**

Dear Counsel :

  This letter shall confirm that the Court has scheduled an In-Person Status Conference in the above captioned matter for Wednesday, November 22, 2006 at 10:00 a.m.. Counsel for all parties must attend.

                Very truly yours,

                s/ Joel A. Pisano
                JOEL A. PISANO
               United States District Judge

cc: Clerk
   All parties
   File